**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Sally Dubanowich,

vs.  Case No. 2:17-cv-622

Autumnwood Homes, Inc., *et al.*,  **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 1, 2018 Opinion and Order, the Court ADOPTS the Report and Recommendation and DISMISSES this action in its entirety.

Date: **March 1, 2018**          **Richard W. Nagel, Clerk**


   s/ Jennifer Kacsor

By Jennifer Kacsor/Courtroom Deputy